**SO ORDERED,**



**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| **JAMESSA DENITA JORDAN** | **22-12279-SDM** |

### AGREED ORDER DENYING MOTION TO DISMISS

THIS MATTER came before the Court on the Trustee's Motion to Dismiss (Dkt. #40) (the "Motion") and the response (Dkt. #41) thereto by the Debtor. The parties have settled the Motion, and the agreement of the parties, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED, that the Motion shall be and is hereby denied.

IT IS FURTHER ORDERED, that the plan payment shall be amended to a sum sufficient to afford completion of the plan over its remaining term.

### ### END OF ORDER ###

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 N, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645