**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 CASE NO.:** |
| **JAMESSA DENITA JORDAN** | **22-12279-SDM** |

## AGREED ORDER DENYING MOTION TO DISMISS

THIS MATTER came before the Court on the Trustee's Motion to Dismiss (Dkt. #40) (the "Motion") and the response (Dkt. #41) thereto by the Debtor. The parties have settled the Motion, and the agreement of the parties, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED, that the Motion shall be and is hereby denied.

IT IS FURTHER ORDERED, that the plan payment shall be amended to a sum sufficient to afford completion of the plan over its remaining term.

### ### END OF ORDER ###

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 N, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 22-12279-SDM

Jamessa Denita Jordan                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1      User: autodocke      Page 1 of 2

Date Rcvd: Jan 20, 2026      Form ID: pdf0005      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamessa Denita Jordan, P.O. Box 9342, Greenwood, MS 38930-8942 |
| 4210434 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4210431 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 21 2026 03:24:57 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 4232096 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 21 2026 03:25:10 | Ally Capital, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4211802 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 21 2026 03:25:10 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4210432 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 21 2026 03:23:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 4210433 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 03:25:09 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4229133 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 03:25:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4210435 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 21 2026 03:24:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 4210938 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 03:25:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4210437 | | Email/Text: bankruptcy@republicfinance.com | Jan 21 2026 03:24:00 | Republic Finance, 508 W Park Ave, Greenwood, MS 38930 |
| 4224655 | | Email/Text: bankruptcy@republicfinance.com | Jan 21 2026 03:24:00 | Republic Finance, LLC, 282 Tower Rd., Ponchatoula, LA 70454 |
| 4212045 | + | Email/Text: newbk@Regions.com | Jan 21 2026 03:24:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 4210436 | + | Email/Text: newbk@Regions.com | Jan 21 2026 03:24:00 | Regions Bank, 720 North 39th Street, Birmingham, AL 35222-1112 |
| 4229752 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2026 03:25:11 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4210438 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 03:25:02 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 4210721 | ^ | MEBN | Jan 21 2026 03:17:33 | U. S. Department of Education, In care of U. S. Attorney, 900 Jefferson Avenue, Oxford MS |

| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: pdf0005 | Total Noticed: 17 |

38655-3608

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Jamessa Denita Jordan trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3