_____

**SO ORDERED,**



**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                                          **CHAPTER 13 CASE NO:**

**JAMESSA DENITA JORDAN**                               **22-12279-SDM**
**xxx-xx-4534**

### ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD
### DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

The Court has been advised by the Chapter 13 Trustee that the wage order issued to MS DELTA COMMUNITY COLLEGE should be released.

IT IS THEREFORE ORDERED, that the employer of the Debtor, identified below, is hereby directed to cease deductions from the Debtor's wages.

MS DELTA COMMUNITY COLLEGE
ATTN: PAYROLL
PO BOX 668

MOOREHEAD, MS 38761

IT IS FURTHER ORDERED, that MS DELTA COMMUNITY COLLEGE, is to remit any funds presently held to the Chapter 13 Trustee.

| **REMITTANCE BY CHECK** | **REMITTANCE BY ELECTRONIC PAYMENT** |
|---|---|
| Locke D. Barkley, Chapter 13 Trustee | TFS EMPLOYER PAY |
| P.O. Box 1859 | www.tfsbillpay.com/employer |
| Memphis, TN 38101 | TFS Bill Pay:  888-800-0294 |

**##END OF ORDER##**

Submitted by:
Locke D. Barkley, Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661